**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Michael J Hessenauer            CHAPTER 13
       Tina M Hessenauer

               Debtor(s)            BKY. NO. 24-10462 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                                        Respectfully submitted,

                                        /s/ **Mark A. Cronin**
                                             Mark Cronin
                                             19 Feb 2024, 14:20:06, EST

                                             KML Law Group, P.C.
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA 19106-1532
                                             (215) 627-1322