Certificate Number: 17572-PAE-DE-038216814

Bankruptcy Case Number: 24-10462



17572-PAE-DE-038216814

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 25, 2024, at 9:32 o'clock AM PST, Michael Hessenauer completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 25, 2024               By:   /s/Leigh-Anna M Thompson

                                       Name:  Leigh-Anna M Thompson

                                       Title:  Counselor