Certificate Number: 17572-PAE-DE-038216816

Bankruptcy Case Number: 24-10462



17572-PAE-DE-038216816

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 25, 2024</u>, at <u>9:32</u> o'clock <u>AM PST</u>, <u>Tina Hessenauer</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>February 25, 2024</u>        By:    <u>/s/Leigh-Anna M Thompson</u>

Name:  <u>Leigh-Anna M Thompson</u>

Title:  <u>Counselor</u>