UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 24-10462-AMC

TINA M. HESSENAUER and MICHAEL J. HESSENAUER                                           Chapter 13
    Debtor(s)

## REQUEST FOR NOTICE

  Pursuant to Rule 2002(g), ACAR Leasing LTD d/b/a GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    ACAR Leasing LTD d/b/a GM Financial Leasing
    PO Box 183853
    Arlington, TX  76096

By /s/ Lorenzo Nunez

Lorenzo Nunez
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
LeaseSvcBnkrpcy@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                      Bankr. Case No. 24-10462-AMC

TINA M. HESSENAUER and MICHAEL J. HESSENAUER                                                Chapter 13
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on February 26, 2024 :

    BRAD J SADEK                                     Scott Waterman
    1500 JFK BLVD                                  2901 St. Lawrence Ave.
    PHILADELPHIA, PA  19102             Suite 100
                                                   Reading, PA 19606

                                                   By  /s/ Lorenzo Nunez
                                                        Lorenzo Nunez

xxxxx65574 / 1087879