UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Michael J Hessenauer<br>    Tina M Hessenauer<br><br>                Debtors | Chapter 13<br>Bankruptcy No.24-10462-AMC |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 24th day of July, 2024, by first class mail upon those listed below:

Michael J Hessenauer
Tina M Hessenauer
206 Baldwin Avenue
Ridley Park, PA  19078

**Electronically via CM/ECF System Only:**

BRAD J SADEK ESQ
C/O SADEK & COOPER LAW OFFICES LLC
1500 JFK BOULEVARD, SUITE 220
PHILADELPHIA, PA  19102

                                            */s/ Kristen Gliem*
                                            Kristen Gliem
                                            for
                                            Scott F. Waterman, Esquire
                                            Standing Chapter 13 Trustee