United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                  Case No. 24-10462-amc

Michael J Hessenauer                                                                     Chapter 13

Tina M Hessenauer

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4

Date Rcvd: Aug 22, 2024      Form ID: 155      Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael J Hessenauer, Tina M Hessenauer, 206 Baldwin Avenue, Ridley Park, PA 19078-1617 |
| 14856798 | + | Pennymac Loan Services, LLC, c/o Mark A. Cronin, Esq, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 14854431 | + | United Rev, Po Box 1184, Langhorne, PA 19047-6184 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14855813 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 23 2024 00:36:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14858574 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 23 2024 00:36:00 | ACAR Leasing Ltd. d/b/a GM Financial, P O Box 183853, Arlington, TX 76096-3853 |
| 14874876 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 23 2024 00:48:29 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14854409 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 23 2024 00:36:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14854411 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 23 2024 00:36:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 14854412 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 23 2024 00:48:24 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14858693 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 23 2024 00:48:28 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14854414 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 23 2024 00:48:34 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14875905 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 23 2024 00:48:25 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14854415 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 23 2024 00:48:25 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14854416 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 23 2024 00:36:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 14854417 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 23 2024 00:36:00 | Comenity Bank/Torrid, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14854418 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 23 2024 00:36:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14854419 | | Email/Text: bankruptcy@dcu.org | Aug 23 2024 00:37:00 | Digital Federal Credit Union, Attn: Bankruptcy, 220 Donald Lynch Blvd, Marlborough, MA 01752 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 14875981 | + | Email/Text: bankruptcy@dcu.org | Aug 23 2024 00:37:00 | Digital Federal Credit Union, Attn: Bankruptcy, 853 Donald Lynch Blvd, Marlborough, MA 01752-4704 |
| 14857411 | | Email/Text: mrdiscen@discover.com | Aug 23 2024 00:36:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14854420 | + | Email/Text: mrdiscen@discover.com | Aug 23 2024 00:36:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14854422 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 23 2024 00:36:00 | GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14854413 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 23 2024 00:48:23 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14863679 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 23 2024 00:36:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14854424 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 23 2024 00:36:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14861004 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 23 2024 00:48:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14854425 | + | Email/Text: Documentfiling@lciinc.com | Aug 23 2024 00:36:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 14873322 | + | Email/Text: Documentfiling@lciinc.com | Aug 23 2024 00:36:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 14875104 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 23 2024 00:48:33 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14855309 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 23 2024 00:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14854426 | + | Email/PDF: ebnotices@pnmac.com | Aug 23 2024 00:48:24 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14867667 | + | Email/PDF: ebnotices@pnmac.com | Aug 23 2024 00:48:34 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14867899 | | Email/PDF: ebnotices@pnmac.com | Aug 23 2024 00:48:25 | PennyMac Loan Services, LLC., P.O. Box 660929, Dallas TX 75266-0929 |
| 14861003 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 23 2024 00:48:28 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14854427 | + | Email/Text: bankruptcy1@pffcu.org | Aug 23 2024 00:36:00 | Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14857082 | + | Email/Text: bankruptcy1@pffcu.org | Aug 23 2024 00:36:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14874023 | | Email/Text: bnc-quantum@quantum3group.com | Aug 23 2024 00:36:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14874022 | | Email/Text: bnc-quantum@quantum3group.com | Aug 23 2024 00:36:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14854428 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 23 2024 00:48:26 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14854429 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 23 2024 00:48:24 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14854430 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 23 2024 00:36:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 22, 2024 | Form ID: 155 | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| 14873539 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Aug 23 2024 00:36:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14854432 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 23 2024 00:48:24 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 14864530 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 23 2024 00:48:23 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 14868003 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 23 2024 00:48:33 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14854410 | *+ | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14854421 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14854423 | *+ | GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14854433 | *+ | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 14854434 | *+ | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 14854435 | *+ | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 14868004 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 24, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2024 at the address(es) listed below:

**Name**            **Email Address**

BRAD J. SADEK
    on behalf of Debtor Michael J Hessenauer brad@sadeklaw.com
    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRAD J. SADEK
    on behalf of Joint Debtor Tina M Hessenauer brad@sadeklaw.com
    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

DENISE ELIZABETH CARLON
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2 User: admin Page 4 of 4
Date Rcvd: Aug 22, 2024 Form ID: 155 Total Noticed: 44
TOTAL: 5

*Form 155* (2/24)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|   Michael J Hessenauer ) | Case No. 24−10462−amc |
| ) | |
|   Tina M Hessenauer ) | Chapter: 13 |
| ) | |
|   Debtor(s). ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: August 22, 2024

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court