| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 24-10462-AMC

Michael J Hessenauer                                                    Petition Filed Date: 02/12/2024
Tina M Hessenauer                                                       341 Hearing Date: 04/19/2024
206 Baldwin Avenue                                                      Confirmation Date:
Ridley Park  PA    19078

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/20/2024 | $1,000.00 | | 04/17/2024 | $1,000.00 | | 05/20/2024 | $1,000.00 | |
| 06/20/2024 | $1,000.00 | | 07/17/2024 | $1,000.00 | | | | |

**Total Receipts for the Period:  $5,000.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $6,594.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRAD J SADEK ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»»  001 | Priority Crediors | $801.48 | $0.00 | $0.00 |
| 2 | ACAR LEASING LTD  DBA<br>»»  002 | Unsecured Creditors | $3,270.00 | $0.00 | $0.00 |
| 3 | POLICE & FIRE FCU<br>»»  003 | Unsecured Creditors | $9,299.87 | $0.00 | $0.00 |
| 4 | DISCOVER BANK<br>»»  004 | Unsecured Creditors | $7,149.38 | $0.00 | $0.00 |
| 5 | DISCOVER BANK<br>»»  005 | Unsecured Creditors | $9,707.37 | $0.00 | $0.00 |
| 6 | CAPITAL ONE BANK (USA) NA<br>»»  006 | Unsecured Creditors | $1,594.55 | $0.00 | $0.00 |
| 7 | PINNACLE CREDIT SERVICES LLC<br>»»  007 | Unsecured Creditors | $3,183.10 | $0.00 | $0.00 |
| 8 | LVNV FUNDING LLC<br>»»  008 | Unsecured Creditors | $3,159.11 | $0.00 | $0.00 |
| 9 | LVNV FUNDING LLC<br>»»  009 | Unsecured Creditors | $648.50 | $0.00 | $0.00 |
| 10 | CHASE BANK USA NA<br>»»  010 | Unsecured Creditors | $3,123.07 | $0.00 | $0.00 |
| 11 | WELLS FARGO BANK NA<br>»»  011 | Unsecured Creditors | $20,289.69 | $0.00 | $0.00 |
| 12 | PENNYMAC  LOAN SERVICES LLC<br>»»  012 | Mortgage Arrears | $364.16 | $0.00 | $0.00 |
| 13 | WELLS FARGO BANK NEVADA NA<br>»»  013 | Unsecured Creditors | $4,126.11 | $0.00 | $0.00 |
| 14 | WELLS FARGO BANK NEVADA NA<br>»»  014 | Unsecured Creditors | $7,285.66 | $0.00 | $0.00 |
| 15 | LENDINGCLUB CORPORATION<br>»»  015 | Unsecured Creditors | $2,940.47 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 16 | TOYOTA MOTOR CREDIT CORPORATION »» 016 | Secured Creditors | $17,884.74 | $0.00 | $0.00 |
| 17 | QUANTUM3 GROUP LLC »» 017 | Unsecured Creditors | $494.27 | $0.00 | $0.00 |
| 18 | QUANTUM3 GROUP LLC »» 018 | Unsecured Creditors | $670.48 | $0.00 | $0.00 |
| 19 | QUANTUM3 GROUP LLC »» 019 | Unsecured Creditors | $618.02 | $0.00 | $0.00 |
| 20 | LVNV FUNDING LLC »» 020 | Unsecured Creditors | $1,855.46 | $0.00 | $0.00 |
| 21 | LVNV FUNDING LLC »» 021 | Unsecured Creditors | $11,189.11 | $0.00 | $0.00 |
| 22 | LVNV FUNDING LLC »» 022 | Unsecured Creditors | $323.18 | $0.00 | $0.00 |
| 23 | ASHLEY FUNDING SVCS LLC »» 023 | Unsecured Creditors | $6.50 | $0.00 | $0.00 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES »» 024 | Unsecured Creditors | $1,525.91 | $0.00 | $0.00 |
| 25 | CITIBANK NA »» 025 | Unsecured Creditors | $2,849.56 | $0.00 | $0.00 |
| 26 | DIGITAL FEDERAL CREDIT UNION »» 026 | Unsecured Creditors | $14,889.15 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,594.00 | Current Monthly Payment: | $1,297.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($1,000.00) |
| Paid to Trustee: | $659.40 | Total Plan Base: | $75,632.00 |
| Funds on Hand: | $5,934.60 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.