

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

2410462

DEBTOR(S):

MICHAEL J HESSENAUER

TINA M HESSENAUER

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 9 IN THE AMOUNT OF $648.50

CREDITOR'S SIGNATURE:

*/s/ Helga Ridgeway*

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

8/29/2024