IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

TINA HESSENAUER
MICHAEL HESSENAUER

Bankruptcy No.: 24-10462 (AMC)
Chapter: 13

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

Please take notice that the undersigned hereby appears as counsel for ACAR Leasing LTD dba GM Financial Leasing a creditor and party in interest, and that under Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules of Bankruptcy Rules for this District ("Local Bankruptcy Rules"), hereby requests that all notice given or required to be given, and all papers and pleadings filed or served or required to be served, in this case, be given to or served upon:

**William E. Craig, Esquire**
Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill, NJ 08034
Fax (856) 330-6207
wcraig@egalawfirm.com

This request includes not only the notices and papers referred to in the Bankruptcy Rules and Local Bankruptcy Rules but also, without limitation, orders and notices of any application, motions, petitions, pleadings, request, complaints or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telex or otherwise.

This request supersedes any prior request for Notice by this creditor, that there is no other request to receive Notices for the specified creditor, or that all prior requests are

terminated, and the attorney is authorized to make this request for Notices on behalf of the named creditor.

/s/ William E. Craig, Esq.
**By: William E. Craig, Esquire**
Bar I.D. No. 92329
Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill, NJ 08034
(856) 330-6200

Counsel for ACAR Leasing LTD
dba GM Financial Leasing