IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: MICHAEL J. HESSENAUER ) | |
| TINA M. HESSENAUER ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| ACAR LEASING LTD ) | Case No.: 24-10462 (AMC) |
| d/b/a GM FINANCIAL LEASING ) | |
| **Moving Party** ) | |
| ) | **Hearing Date: 12-3-24 at 11:00 AM** |
| v. ) | |
| ) | |
| MICHAEL J. HESSENAUER ) | 11 U.S.C. 362 |
| TINA M. HESSENAUER ) | |
| **Respondent(s)** ) | |
| ) | |
| SCOTT F. WATERMAN ) | |
| **Trustee** | |

**ORDER VACATING THE AUTOMATIC STAY
AS TO PERSONAL PROPERTY**

Upon the motion of ACAR Leasing LTD d/b/a GM Financial Leasing, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's state court rights in the personal property described as a **2022 Buick Encore** bearing vehicle identification number KL4MMGSL2NB139512 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).**

Date: Dec. 5, 2024

_____
UNITED STATES BANKRUPTCY JUDGE