United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Michael J Hessenauer  
Tina M Hessenauer  
    Debtors

Case No. 24-10462-amc  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 06, 2024 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Michael J Hessenauer, Tina M Hessenauer, 206 Baldwin Avenue, Ridley Park, PA 19078-1617 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 07 2024 00:55:00 | ACAR Leasing Ltd. d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096, US 76096-3853 |
| cr | Email/PDF: resurgentbknotifications@resurgent.com | Dec 07 2024 02:03:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | Email/PDF: resurgentbknotifications@resurgent.com | Dec 07 2024 00:30:58 | Pinnacle Credit Services, LLC, Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 08, 2024      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2024 at the address(es) listed below:

**Name**      **Email Address**

District/off: 0313-2     User: admin     Page 2 of 2

Date Rcvd: Dec 06, 2024     Form ID: pdf900     Total Noticed: 4

BRAD J. SADEK
   on behalf of Debtor Michael J Hessenauer brad@sadeklaw.com
   bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRAD J. SADEK
   on behalf of Joint Debtor Tina M Hessenauer brad@sadeklaw.com
   bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

DENISE ELIZABETH CARLON
   on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
   ECFMail@ReadingCh13.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
   on behalf of Creditor ACAR Leasing Ltd. d/b/a GM Financial Leasing wcraig@egalawfirm.com
   mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 6

Case 24-10462-amc    Doc 39    Filed 12/08/24    Entered 12/09/24 00:34:45    Desc Imaged
Certificate of Notice    Page 2 of 3
District/off: 0313-2     User: admin     Page 2 of 2
Date Rcvd: Dec 06, 2024     Form ID: pdf900     Total Noticed: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: MICHAEL J. HESSENAUER<br>TINA M. HESSENAUER<br>**Debtor(s)** | )<br>)<br>) CHAPTER 13<br>) |
| ACAR LEASING LTD<br>d/b/a GM FINANCIAL LEASING<br>**Moving Party** | ) Case No.: 24-10462 (AMC)<br>)<br>)<br>) Hearing Date: 12-3-24 at 11:00 AM |
| v. | ) |
| MICHAEL J. HESSENAUER<br>TINA M. HESSENAUER<br>**Respondent(s)** | ) 11 U.S.C. 362<br>)<br>)<br>) |
| SCOTT F. WATERMAN<br>**Trustee** | )<br>) |

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the motion of ACAR Leasing LTD d/b/a GM Financial Leasing, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's state court rights in the personal property described as a **2022 Buick Encore** bearing vehicle identification number KL4MMGSL2NB139512 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).

Date: Dec. 5, 2024

_____
UNITED STATES BANKRUPTCY JUDGE