| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 24-10462-AMC

Michael J Hessenauer
Tina M Hessenauer
206 Baldwin Avenue
Ridley Park  PA    19078

Petition Filed Date: 02/12/2024
341 Hearing Date: 04/19/2024
Confirmation Date: 08/22/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/06/2024 | $297.00 | | 08/21/2024 | $1,297.00 | | 09/18/2024 | $1,297.00 | |
| 10/17/2024 | $1,297.00 | | 11/20/2024 | $1,297.00 | | 12/18/2024 | $1,297.00 | |
| 01/15/2025 | $1,297.00 | | 02/20/2025 | $1,297.00 | | 03/19/2025 | $1,297.00 | |
| 04/16/2025 | $1,297.00 | | 05/21/2025 | $1,297.00 | | 06/18/2025 | $1,297.00 | |
| 07/16/2025 | $1,297.00 | | | | | | | |

**Total Receipts for the Period:  $15,861.00    Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $22,158.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRAD J SADEK ESQ | Attorney Fees | $3,775.00 | $3,775.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE  »» 001 | Priority Crediors | $801.48 | $801.48 | $0.00 |
| 2 | ACAR LEASING LTD  DBA  »» 002 | Unsecured Creditors | $285.80 | $22.23 | $263.57 |
| 3 | POLICE & FIRE FCU  »» 003 | Unsecured Creditors | $9,299.87 | $1,427.98 | $7,871.89 |
| 4 | DISCOVER BANK  »» 004 | Unsecured Creditors | $7,149.38 | $1,097.76 | $6,051.62 |
| 5 | DISCOVER BANK  »» 005 | Unsecured Creditors | $9,707.37 | $1,490.54 | $8,216.83 |
| 6 | CAPITAL ONE BANK (USA) NA  »» 006 | Unsecured Creditors | $1,594.55 | $244.83 | $1,349.72 |
| 7 | PINNACLE CREDIT SERVICES LLC  »» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | LVNV FUNDING LLC  »» 008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | LVNV FUNDING LLC  »» 009 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | CHASE BANK USA NA  »» 010 | Unsecured Creditors | $3,123.07 | $479.54 | $2,643.53 |
| 11 | WELLS FARGO BANK NA  »» 011 | Unsecured Creditors | $20,289.69 | $3,115.44 | $17,174.25 |
| 12 | PENNYMAC  LOAN SERVICES LLC  »» 012 | Mortgage Arrears | $364.16 | $364.16 | $0.00 |
| 13 | WELLS FARGO BANK NEVADA NA  »» 013 | Unsecured Creditors | $4,126.11 | $633.56 | $3,492.55 |
| 14 | WELLS FARGO BANK NEVADA NA  »» 014 | Unsecured Creditors | $7,285.66 | $1,118.69 | $6,166.97 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | LENDINGCLUB CORPORATION<br>»» 015 | Unsecured Creditors | $2,940.47 | $451.50 | $2,488.97 |
| 16 | TOYOTA MOTOR CREDIT CORPORATION<br>»» 016 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | QUANTUM3 GROUP LLC<br>»» 017 | Unsecured Creditors | $494.27 | $69.85 | $424.42 |
| 18 | QUANTUM3 GROUP LLC<br>»» 018 | Unsecured Creditors | $670.48 | $94.76 | $575.72 |
| 19 | QUANTUM3 GROUP LLC<br>»» 019 | Unsecured Creditors | $618.02 | $87.36 | $530.66 |
| 20 | LVNV FUNDING LLC<br>»» 020 | Unsecured Creditors | $1,855.46 | $284.92 | $1,570.54 |
| 21 | LVNV FUNDING LLC<br>»» 021 | Unsecured Creditors | $11,189.11 | $1,718.06 | $9,471.05 |
| 22 | LVNV FUNDING LLC<br>»» 022 | Unsecured Creditors | $323.18 | $49.62 | $273.56 |
| 23 | ASHLEY FUNDING SVCS LLC<br>»» 023 | Unsecured Creditors | $6.50 | $0.00 | $6.50 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 024 | Unsecured Creditors | $1,525.91 | $234.31 | $1,291.60 |
| 25 | CITIBANK NA<br>»» 025 | Unsecured Creditors | $2,849.56 | $437.53 | $2,412.03 |
| 26 | DIGITAL FEDERAL CREDIT UNION<br>»» 026 | Unsecured Creditors | $14,889.15 | $2,286.20 | $12,602.95 |
| 27 | BANK OF AMERICA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | BANK OF AMERICA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | KOHLS/CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 30 | UNITED REV | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 31 | WELLS FARGO BANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $22,158.00 | Current Monthly Payment: | $1,297.00 |
| Paid to Claims: | $20,285.32 | Arrearages: | ($1,000.00) |
| Paid to Trustee: | $1,846.13 | Total Plan Base: | $75,632.00 |
| Funds on Hand: | $26.55 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.