Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Michael J Hessenauer
Tina M Hessenauer
206 Baldwin Avenue
Ridley Park, PA 19078

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-10462-AMC**

Petition Filed Date: 02/12/2024
341 Hearing Date: 04/19/2024
Confirmation Date: 08/22/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/20/2025 | $1,297.00 | | 09/17/2025 | $1,297.00 | | 10/16/2025 | $1,297.00 | |
| 11/19/2025 | $1,297.00 | | 12/17/2025 | $1,297.00 | | 01/22/2026 | $1,297.00 | |
| 02/19/2026 | $1,297.00 | | 03/18/2026 | $1,297.00 | | 04/15/2026 | $1,297.00 | |
| 05/20/2026 | $1,297.00 | | 06/17/2026 | $1,297.00 | | 07/15/2026 | $1,297.00 | |

**Total Receipts for the Period: $15,564.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $37,722.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRAD J SADEK ESQ | Attorney Fees | $3,775.00 | $3,775.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 001 | Priority Crediors | $801.48 | $801.48 | $0.00 |
| 2 | ACAR LEASING LTD DBA<br>»» 002 | Unsecured Creditors | $285.80 | $59.08 | $226.72 |
| 3 | POLICE & FIRE FCU<br>»» 003 | Unsecured Creditors | $9,299.87 | $2,763.35 | $6,536.52 |
| 4 | DISCOVER BANK<br>»» 004 | Unsecured Creditors | $7,149.38 | $2,124.35 | $5,025.03 |
| 5 | DISCOVER BANK<br>»» 005 | Unsecured Creditors | $9,707.37 | $2,884.42 | $6,822.95 |
| 6 | CAPITAL ONE BANK (USA) NA<br>»» 006 | Unsecured Creditors | $1,594.55 | $473.78 | $1,120.77 |
| 7 | PINNACLE CREDIT SERVICES LLC<br>»» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | JP MORGAN CHASE BANK NA<br>»» 010 | Unsecured Creditors | $3,123.07 | $928.00 | $2,195.07 |
| 11 | WELLS FARGO BANK NA<br>»» 011 | Unsecured Creditors | $20,289.69 | $6,028.81 | $14,260.88 |
| 12 | PENNYMAC LOAN SERVICES LLC<br>»» 012 | Mortgage Arrears | $364.16 | $364.16 | $0.00 |

**Chapter 13 Case No. 24-10462-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 13 | WELLS FARGO BANK NEVADA NA<br>»» 013 | Unsecured Creditors | $4,126.11 | $1,226.00 | $2,900.11 |
| 14 | WELLS FARGO BANK NEVADA NA<br>»» 014 | Unsecured Creditors | $7,285.66 | $2,164.84 | $5,120.82 |
| 15 | LENDINGCLUB CORPORATION<br>»» 015 | Unsecured Creditors | $2,940.47 | $873.72 | $2,066.75 |
| 16 | TOYOTA MOTOR CREDIT CORPORATION<br>»» 016 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | QUANTUM3 GROUP LLC<br>»» 017 | Unsecured Creditors | $494.27 | $146.85 | $347.42 |
| 18 | QUANTUM3 GROUP LLC<br>»» 018 | Unsecured Creditors | $670.48 | $191.24 | $479.24 |
| 19 | QUANTUM3 GROUP LLC<br>»» 019 | Unsecured Creditors | $618.02 | $176.28 | $441.74 |
| 20 | LVNV FUNDING LLC<br>»» 020 | Unsecured Creditors | $1,855.46 | $551.36 | $1,304.10 |
| 21 | LVNV FUNDING LLC<br>»» 021 | Unsecured Creditors | $11,189.11 | $3,324.69 | $7,864.42 |
| 22 | LVNV FUNDING LLC<br>»» 022 | Unsecured Creditors | $323.18 | $96.03 | $227.15 |
| 23 | ASHLEY FUNDING SVCS LLC<br>»» 023 | Unsecured Creditors | $6.50 | $0.00 | $6.50 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 024 | Unsecured Creditors | $1,525.91 | $453.40 | $1,072.51 |
| 25 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 025 | Unsecured Creditors | $2,849.56 | $846.70 | $2,002.86 |
| 26 | DIGITAL FEDERAL CREDIT UNION<br>»» 026 | Unsecured Creditors | $14,889.15 | $4,424.11 | $10,465.04 |
| 27 | BANK OF AMERICA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | BANK OF AMERICA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | KOHLS/CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 30 | UNITED REV | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 31 | WELLS FARGO BANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $37,722.00 | Current Monthly Payment: | $1,297.00 |
| Paid to Claims: | $34,677.65 | Arrearages: | ($1,000.00) |
| Paid to Trustee: | $3,016.03 | Total Plan Base: | $75,632.00 |
| Funds on Hand: | $28.32 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.